## Jessie F. Kline, Appellee, v. City of Sterling, Appellant.

### Gen. No. 6,343. (Not to be reported in full.)

Appeal from the City Court of Sterling; the Hon. CARL E. SHEL-DON, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of facts. Opinion filed April 19, 1917. Rehearing denied October 3, 1917.

### Statement of the Case.

Action by Jessie F. Kline, plaintiff, against City of Sterling, defendant, to recover damages for personal injuries due to the alleged negligent construction by defendant of a bridge over a gutter on defendant's streets and allowing such bridge to remain out of repair. From a judgment for plaintiff for $475, defendant appeals.

The bridge was an iron plate, 18 inches wide and 7 feet long, perforated with holes $\frac{3}{8}$ of an inch in size and with a smooth surface except for 3 rows of raised letters $1\frac{1}{2}$ inches long, making the words "made in Twin City Foundry Co., Sterling," and which had been somewhat worn off at the edges and made smooth by constant use, upon which plaintiff slipped while crossing thereon during a snow storm and broke her arm.

JOHN M. STAGER, for appellant.

JARVIS DINSMOOR, for appellee; C. C. & J. W. JOHN-SON, of counsel.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 1013*—*liability of city for injury to pedestrian due to slippery walk*. A city is not liable in damages for personal injuries sustained by a pedestrian because its streets or walks or crossings became slippery on account of a snow fall.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.